# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
16 Hard Drives located in FBI Custody in Maryland ) Case No. 13 - 2350 WC
at the FBI Office located at )
801 International Drive, Linthicum, MD 21090 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
16 Hard Drives located in FBI Custody in Maryland, at the FBI Office located at 801 International Drive, Linthicum, MD 21090 (See Attachment A)

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2251, | Production of Child Pornography; |
| 18 U.S.C. § 2252(A)(a)(2) | Distribution of Child Pornography; |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Shanna G. Daniels, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 27, 2013
        4:45 p.m.

_____
*Judge's signature*

City and state: Greenbelt, MD

William Connelly, Chief Magistrate Judge, US Dist Court
*Printed name and title*